UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cr-00153-MOC

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| **CHRISTOPHER STEPP,** ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the court on defendant's Motion for Early Termination of Supervised Release (#2). A motion for early termination of supervised release is governed by 18 U.S.C. § 3583(e)(1) and Rule 32.1, Fed.R.Crim.P. This matter having been transferred from the Eastern District of Michigan for purposes of supervision, 18 U.S.C. § 3605 provides this court with jurisdiction to consider the request.

Having considered defendant's motion, reviewed the pleadings, and provided the government with notice of such request, it appears that: defendant has been on supervised release for more than one year; that defendant has successfully complied with the terms of release while under supervision; and that neither his supervising officers nor the government oppose the request. Having considered such factors in light of the judgment rendered in the Eastern District of Michigan as well as the plea agreement, United States v. Stepp, 2:09cr20121-SFC-MKM (E.D.Mich.), the court concludes that such action is warranted by the conduct of the defendant while on release and that granting such request would further the interests of justice.

1

# ORDER

**IT IS, THEREFORE, ORDERED** that defendant's Motion for Early Termination of Supervised Release (#2) is **GRANTED**, and supervision is terminated as successfully completed.

Signed: November 18, 2013

Max O. Cogburn Jr.
United States District Judge